THE PRUDENCE. (Circuit Court of Appeals, Fourth Circuit. November 7, 1912.) No. 1092. Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk. Libels by Rosa Lee Cherry, administratrix of Benjamin Luther Cherry, deceased, and by Lena E. Harper, administratrix of Lee Harper, deceased, against the steam tug Prudence. From decrees for libelants (191 Fed. 993), defendant appeals. Affirmed. Edward R. Baird, Jr., of Norfolk, Va., for appellant. Henry Bowden and E. R. F. Wells, both of Norfolk, Va., for appellees. Before GOFF and PRITCHARD, Circuit Judges, and CONNOR, District Judge.

PER CURIAM. We reach the conclusion that the court below properly viewed the conflicting evidence on which its decree was based, and that its disposition of the case under all the circumstances attending it is without error. Affirmed.

RODEN v. DETTERING. (Circuit Court of Appeals, Ninth Circuit. September 11, 1916.) No. 2708. In Error to the District Court of the United States for the Northern Division of the Western District of Washington. Farrell, Kane & Stratton and Stanley J. Padden, all of Seattle, Wash., for plaintiff in error. Griffin & Griffin, of Seattle, Wash., for defendant in error. Ordered, upon due consideration, writ of error dismissed, with costs in favor of defendant in error and against plaintiff in error.